**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**MIAMI DIVISION**

CASE NO. 1:18-cv-21198-DPG

OPEN ACCESS FOR ALL, INC., and
ANDRES GOMEZ,

       Plaintiffs,

v.

FANATICS, INC.,

       Defendant.

_____/

**<u>NOTICE OF SETTLEMENT</u>**

      Defendant Fanatics, Inc., by and through its undersigned counsel, hereby gives the Court

notice that Plaintiffs, Open Access For All, Inc. and Andres Gomez, have reached a settlement in

this matter.  The parties are finalizing the settlement documents and will file a Joint Stipulation

of Dismissal in the near future.

Dated:  May 9, 2018

                            */s/ Beth S. Joseph*             
                            Anne Marie Estevez
                              Florida Bar No. 991694
                              annemarie.estevez@morganlewis.com
                            Beth S. Joseph
                              Florida Bar No. 00062952
                              beth.joseph@morganlewis.com
                            Morgan, Lewis & Bockius LLP
                            200 South Biscayne Boulevard, Suite 5300
                            Miami, FL 33131-2339
                            Telephone: 305.415.3330
                            Facsimile: 877.432.9652

                            *Counsel for Defendant*

## <u>CERTIFICATE OF SERVICE</u>

I HEREBY CERTIFY that on May 9, 2018, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF.  I also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

*s/ Beth S. Joseph*
Beth S. Joseph

## <u>SERVICE LIST</u>

Scott R. Dinin, Esq.
Scott R. Dinin, P.A.
4200 NW 7th Avenue
Miami, Florida  33127
Tel: 786.431.1333
Email:  inbox@dininlaw.com

*Counsel for Plaintiffs*